IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR. NO. S-11-0511 JAM |
| v. | | |
| WILEY C. CHANDLER, ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY, | | |
| Defendants. | | |

_____/

UNITED STATES OF AMERICA,

        Plaintiff,     CR. NO. S-11-0492 MCE

    v.

KENNETH A. SWANGER

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,     CR. NO. S-10-0144 EJG

    v.

ANTHONY GHIO               <u>RELATED CASE ORDER</u>

        Defendant.
_____/

Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123. The actions arise out of the same law enforcement investigation and involve common factual allegations. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions entitled Cr. No. S-11-0492 MCE and Cr. No. S-11-0511 JAM are hereby reassigned to Judge Edward J. Garcia for all further proceedings. Henceforth, the caption on documents filed in the reassigned cases shall be shown as Cr. No. S-11-0492 EJG and Cr. No. S-11-0511 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

December 15, 2011    /s/ Edward J. Garcia
                     EDWARD J. GARCIA, JUDGE
                     UNITED STATES DISTRICT COURT