ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0144 WBS |
| Plaintiff, | |
| v. | |
| ANTHONY B. GHIO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:10-CR-0238 WBS |
| Plaintiff, | |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0239 WBS |
| Plaintiff, | |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0038 WBS |
| Plaintiff, | |
| v. | |
| RICHARD W. NORTHCUTT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0039 WBS |
| Plaintiff, | |
| v. | |
| YAMA MARIFAT, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0090 WBS |
| Plaintiff, | |
| v. | |
| GREGORY L. JACKSON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No: 2:11-CR-0291 WBS |
| Plaintiff, | |
| v. | |
| WALTER DANIEL OLMSTEAD, | |
| Defendant. | |

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 WBS |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 WBS |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 WBS |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, | |
| Defendant. | |

The defendants in the above-entitled cases, Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler, are on the Court's calendar for status conferences on December 16, 2013.

These individuals, however, may be called as witnesses at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B.

3
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

Joachim, and W. Theodore Longley, are on the Court's calendar for a trial commencing on January 28, 2014.

The government will not be able to fully determine its sentencing recommendation for defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson, Olmstead, Rose, Swanger, and Chandler until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for these individuals that is currently set for **December 16, 2013** be continued to **April 7, 2014** at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request dates for judgment and sentencing and disclosure schedules for presentence reports.

Dated: November 18, 2013    Respectfully submitted,

/s/ Tai S. Milder
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division

/s/ Micheal S. Thorman *
MICHEAL S. THORMAN
Counsel for Anthony Ghio

/s/ Kresta Nora Daly *
KRESTA NORA DALY
Counsel for Theodore B. Hutz

/s/ Christopher H. Wing *

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

```
                        CHRISTOPHER H. WING
                        Counsel for John R. Vanzetti

                        /s/ Doron Weinberg *
                        DORON WEINBERG
                        Counsel for Richard W.
                        Northcutt

                        /s/ Richard Tamor *
                        RICHARD TAMOR
                        Counsel for Yama Marifat

                        /s/ Donald H. Heller *
                        DONALD H. HELLER
                        Counsel for Gregory L.
                        Jackson

                        /s/ Carl M. Faller *
                        CARL M. FALLER
                        Counsel for Walter Daniel
                        Olmstead

                        /s/ Ismael Ramsey *
                        ISMAEL RAMSEY
                        Counsel for Robert Rose

                        /s/ William J. Portonova *
                        WILLIAM J. PORTONOVA
                        Counsel for Kenneth A.
                        Swanger

                        /s/ Jeffrey L. Bornstein *
                        JEFFREY L. BORNSTEIN
                        Counsel for Wiley C. Chandler
```

* Signed with permission.

ORDER

For the reasons stated above, the Court continues the status conferences regarding judgment and sentencing for defendants Anthony B. Ghio, Theodore B. Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat, Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, Kenneth A. Swanger, and Wiley C. Chandler from **December 16, 2013** to **April 7, 2014**.

IT IS SO ORDERED.

Dated: November 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE